

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00279-CV

**IN RE TOYOTA MOTOR MANUFACTURING TEXAS, INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                 H. Todd McCray, Justice
                 Velia J. Meza, Justice

Delivered and Filed: July 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On May 28, 2024, relator filed a notice of interlocutory appeal. On May 14, 2025, after determining relator was not entitled to an interlocutory appeal, we dismissed relator's appeal and construed its pleadings as a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CI-2553, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.